UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE STANTON**

MICHAEL J. GOTTLIEB

Plaintiff,

-v-

JORDIN SPORTSWEAR, LLC

Defendant.

**08 CV 1857**

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DEFENDANT _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

[FEB 25 2008 U.S.D.C. CASHIERS N.Y. stamp]

**Date:** February 25, 2008

_____
Signature of Attorney

**Attorney Bar Code:** LR 3675

Form Rule7_1.pdf  SDNY Web 10/2007