UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MICHAEL J. GOTTLIEB,                :    08 CV 1857 (LLS) (KNF)
                                    :
                    Plaintiff,      :    **CERTIFICATE OF**
       - against -                  :    **SERVICE**
                                    :
JORDIN SPORTSWEAR, LLC,             :
                                    :
                    Defendant.      :
------------------------------------------------------x

      The undersigned attorney, a duly admitted member in good standing of the bar of this court, hereby certifies that he caused to be served by regular mail on the plaintiff's attorneys, at the address set forth below: (1) on February 25, 2008, one copy each of defendant's Notice of Removal of Action Under 28 U.S.C. §1441, including its Exhibit A (a copy of the summons and complaint filed in the state court action removed thereby) and Rule 7.1 Statement, both of which were filed on February 25, 2008, together with one copy each of Judge Stanton's Individual Rules and the USDC/SDNY Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, and Guidelines for Electronic Case Filing; and (2) on February 26, 2008, a copy of defendant's Civil Cover Sheet, which was filed on February 25, 2008.

                                        Pryor Cashman LLP
                                        410 Park Avenue
                                New York, New York 10022

Dated: New York, New York
       February 26, 2008

_____
Leonard A. Rodes (LR 3675)

1