UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICHAEL J. GOTTLIEB,

          Plaintiff,

  - against -

JORDIN SPORTSWEAR, LLC,

          Defendant.

------------------------------------------------------------x

08 Civ. 1857 (LLS) (KNF)

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that the above captioned matter be and hereby is dismissed, with prejudice and without costs.

Dated: New York, New York
      May 15, 2008

**PRYOR CASHMAN LLP**
*Attorneys for Plaintiff*

By: _____
Michael Goldberg (MG 2135)
410 Park Avenue
New York 10022
(212) 326-0244

**TRACHTENBERG RODES & FRIEDBERG LLP**
*Attorneys for Defendant*

By: _____
Leonard A. Rodes (LR 3675)
545 Fifth Avenue
New York, New York 10017
(212) 972-2929

SO ORDERED:

Louis L. Stanton
U.S.D.J.
5/22/08